AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ATRIUM GROUP CORP., a Delaware Corporation d/b/a HOME DEFENSE,

*Plaintiff(s)*

v.

PLUS RESTORATION, LLC, a Florida limited liability partnership, and JESUS NANGEL GIMENEZ REYES, individually and as authorized member,

*Defendant(s)*

Civil Action No. 1:25-cv-24599-RAR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Plus Restoration, LLC
c/o Registered Agent; GIMENEZ, JESUS NANGEL
8376 nw 74th ave
Medley, FL 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Javier A. Lopez, Esq.
Vedder Price, (FL), LLP
600 Brickell Avenue, Suite 1500
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Oct 7, 2025

Angela E. Noble
Clerk of Court

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ATRIUM GROUP CORP., a Delaware Corporation d/b/a HOME DEFENSE, <br><br> *Plaintiff(s)* <br> v. <br> PLUS RESTORATION, LLC, a Florida limited liability partnership, and JESUS NANGEL GIMENEZ REYES, individually and as authorized member, <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-24599-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jesus Nangel Gimenez
8651 West 35th Lane,
Hialeah, FL 33018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Javier A. Lopez, Esq.
Vedder Price, (FL), LLP
600 Brickell Avenue, Suite 1500
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Oct 7, 2025

s/ K. Rivers
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court